IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| | ) | Case No.: 19 CV 7562 |
| CITY OF CHICAGO, DETECTIVE | ) | |
| SHIRLEY COLVIN (Star No. 21414) | ) | |
| OFFICER CONNORS (Star No. 15151), | ) | Judge: Harry D. Leinenweber |
| DETECTIVE MICHELE MOORE-GROSE | ) | |
| (Star No. 20287), SERGEANT CLIFFORD | ) | |
| MARTIN (Star No. 44390), OFFICER | ) | |
| RICHARD MCCALLUM (Star No. 6859), | ) | |
| DETECTIVE PALOMINO (Star No. 18473), | ) | |
| OFFICER RAINEY (Star No. 17689), and | ) | |
| DETECTIVE WILLIAM SULLIVAN | ) | |
| (Star No. 21321) | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Counsel for Plaintiff, Christopher Carmichael, pursuant to Local Rule 83.17, ABA Model Rule 1.16, and Illinois Supreme Court Rule 1.16, moves to withdraw from representation in this matter. In support of this motion, counsel states as follows:

1. Plaintiff retained the law firm of Henderson Parks, LLC to represent his interests in December 2018.

2. Counsel filed this action in November 2019 after investigation, and working on an unrelated matter.

3. Recently, in the course of the representation, fundamental and irreconcilable differences have arisen with Plaintiff.

4. Due to these circumstances, and consistent with the aforementioned Rules of Professional Conduct, Mr. Carmichael is requesting to withdraw as counsel for Plaintiff Douglas Brown.

5. Prior to filing this motion, counsel discussed with Plaintiff the need to withdraw and the intent to file this motion.

6. Plaintiff has been and is attempting to locate new counsel. Counsel requests that Plaintiff be granted forty-five (45) days to acquire new counsel for this matter.

7. Due to the holiday, COVID-19, and related limitations on law practices within the Northern District of Illinois, Plaintiff will require at least that much time to acquire new counsel.

8. Plaintiff was provided a copy of this motion prior to filing, and will be provided a copy via electronic and U.S. mail after filing.

9. Counsel represents that this motion is brought solely under the applicable rules and is not brought for purpose of delay or to prejudice any of the parties.

**WHEREFORE**, counsel for Plaintiff, Christopher Carmichael, prays that the Court grant the motion and withdraw him as counsel for Plaintiff, along with the other further relief requested and warranted under the circumstance.

                                                **COUNSEL FOR PLAINIFF,**

                                                By: /s/Christopher Carmichael

**HENDERSON PARKS, LLC**
140 S. Dearborn St., Suite 1020
Chicago, Illinois 60603
Tel.: (312) 262-2880
ccarmichael@henderson-parks.com

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on **December 6, 2021,** the foregoing **Motion to Withdraw as Counsel** was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois by filing through the CM/ECF system which served a copy of the filing upon all counsel of record.

                                        By:  /s/Christopher Carmichael